1 | GREENBERG TRAURIG, LLP
2 | GREGORY F. HURLEY (SBN 126791)
  | STACEY L. HERTER (SBN 185366)
3 | 650 Town Center Drive, Suite 1700
  | Costa Mesa, CA  92626
4 | Telephone: (714) 708-6500
  | Facsimile:  (714) 708-6501
5 | Email:  herters@gtlaw.com

6 | Attorneys for Defendant
7 | CHIPOTLE MEXICAN GRILL, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO ANTONINETTI, | CASE NO.:  3:05-CV-01660-J-WMC |
| Plaintiff, | Assigned to Hon. Judge Napoleon A. Jones, Jr. |
| vs. | |
| CHIPOTLE MEXICAN GRILL, INC., | **ORDER GRANTING SUBSTITUTION OF ATTORNEYS** |
| Defendant. | |

The Court **GRANTS** the request of Defendant Chipotle Mexican Grill, Inc. to substitute Gregory F. Hurley (SBN 126791) and Stacey L. Herter (SBN 185366) of Greenberg Traurig LLP, 650 Town Center Drive, Suite 1700, Costa Mesa, California, 92626, as retained counsel of record in place and stead of the law firms of WESTON HERZOG and MESSNER & REEVES, LLC

**IT IS SO ORDERED.**

DATED: January 8, 2007

By _____
NAPOLEON A. JONES, JR.
United States District Judge

1

ORDER ON SUBSTITUTION OF ATTORNEYS                                    Case No. 05-CV-01660-J-WMC
*286115980v1 059908.010200*