# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO ANTONINETTI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHIPOTLE MEXICAN GRILL, INC., ) <br> AND DOES 1 THROUGH 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 05CV1660-J (WMc) <br><br> **ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION TO BE RELIEVED OF CONFIDENTIALITY AGREEMENT FOR PURPOSES OF FILING REPLY** |

Before the Court is Plaintiff Maurizio Antoninetti's ("Plaintiff") *Ex Parte* Application to be relieved of the parties' confidentiality agreement for purposes of filing his reply. [Doc. No. 116.] Defendant Chipotle Mexican Grill, Inc. ("Defendant") opposes the Application. [Doc. No. 117.] Plaintiff asserts that he should be relieved of the confidentiality agreement because Defendant revealed information protected by the confidentiality agreement in its opposition papers. (*Ex Parte* Application at 2.) However, Plaintiff does not point to specific portions of Defendant's opposition papers that reveal information protected by the confidentiality agreement, nor does Plaintiff generally describe the type of information that Defendant disclosed. Rather, Plaintiff merely asserts that "Defendant's Response to Plaintiff's Separate Statement of Uncontroverted Facts discloses all of the 'confidential' material that Plaintiff filed under seal." (*Id.*) Because Plaintiff's *Ex Parte* Application fails to identify a specific portion of Defendant's response that violates the confidentiality agreement, the Court cannot ascertain

whether Defendant revealed material protected by the confidentiality agreement. The Court is thus unable to determine the extent to which Plaintiff should be relieved of his obligation to comply with the confidentiality agreement. Accordingly, the Court **DENIES** Plaintiff's *Ex Parte* Application.

**IT IS SO ORDERED.**

DATED: May 24, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge McCurine
All Parties