# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO ANTONINETTI,<br><br>                              Plaintiff,<br>   vs.<br>CHIPOTLE MEXICAN GRILL, INC., et al.,<br><br>                              Defendant. | CASE NO. 05cv1660-J (WMc)<br><br>ORDER |

On the Court's own motion a telephonic status conference will be held in the above captioned case on Friday, May 25, 2007, at 9::00 a.m.  <u>Counsel for defendant is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624</u>.

IT IS SO ORDERED.

DATED: May 24, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Napoleon Jones
    U.S. District Judge

   All Counsel and Parties of Record