# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO ANTONINETTI, | Civil No. 05CV1660-J (WMc) |
| Plaintiff, | |
| v. | **ORDER RE: ORAL ARGUMENT** |
| CHIPOTLE MEXICAN GRILL, INC., AND DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

Currently scheduled for oral argument on this Court's calendar for June 4, 2007, are Plaintiff Maurizio Antoninetti's Motion for Summary Judgment and Defendant Chipotle Mexican Grill's Motion for Summary Judgment. [Doc. Nos. 87, 94.] The Court finds the Motions suitable for determination on the papers submitted and without oral argument pursuant to Local Civil Rule 7.1.d.1. *See* S.D. Cal. Civ. R. 7.1.d.1 (2006). Accordingly, no appearances are required on June 4, 2007.

**IT IS SO ORDERED**.

DATED: May 29, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge McCurine
All Parties