# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO ANTONINETTI, | Civil No. 05cv1660 J (WMc) |
| Plaintiff, | **ORDER RE: PRO HAC VICE APPLICATION** |
| v. | |
| CHIPOTLE MEXICAN GRILL, INC., | |
| Defendant. | |

The Court has received the pro hac vice application of attorney Matthew H. Sorensen. Mr. Sorensen has designated attorney John F. Scalia as local counsel. Mr. Scalia's address is listed as 1750 Tysons Blvd., Suite 1200, McLean, VA. Pursuant to Civil Local Rule 83.3(c)(6), the Court "may require an attorney . . . who maintains an office outside of this district to designate a member of the bar of this court who does maintain an office within this district as co-counsel." S.D. Cal. Civ. L. R. 83.3(c)(6). The attorney Mr. Sorensen has designated as local counsel does not appear to maintain an office within this district or within the state of California. The Court therefore **DECLINES** to grant the pro hac vice application. Mr. Sorensen will be

1 permitted to refile his pro hac vice application in order to comply with the requirements of Civil
2 Local Rule 83.3(c)(6).
3     **IT IS SO ORDERED.**
4 DATED: September 24, 2007

                                                    HON. NAPOLEON A. JONES, JR.
                                                    United States District Judge

7 cc: Magistrate Judge McCurine
      All Counsel of Record