# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Maurizio Antoninetti and Livia Antoninetti

V.

Chipotle Mexican Grill, Inc and Does 1 through 10

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05CV1660-BTM(WMC)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is in favor of Plaintiff and against the Defendant in the amount of $5,000 in damages.

| March 21, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON March 21, 2012 |

05CV1660-BTM(WMC)